Ex Parte Teresa Antoni, peticionaria.

No. 5770.—*Sometido:* Julio 20, 1931. *Resuelto:* Julio 28, 1931.

*L. Toro Cabañas,* abogado de Doña Mercedes y Doña Ramona Ruca-
bado; *Monserrat & Monserrat,* abogados de la opositora.

EL JUEZ PRESIDENTE SEÑOR DEL TORO, emitió la opinión del
tribunal.

Allá por el año 1908 doña Teresa Antoni fué nombrada
por la Corte de Distrito de San Juan tutora del incapacitado
Fausto Rucabado, su esposo. Pasado algún tiempo la tu-
tora y el incapacitado se trasladaron a España. Allí falleció
la tutora el 25 de febrero de 1930, siendo nombrado para el
cargo allí mismo doña Juana Rucabado, hermana del incapaz.
Doña Mercedes y doña Ramona Rucabado, también herma-
nas del incapaz, comparecieron en la Corte de Distrito de
San Juan solicitando el nombramiento de la segunda como
tutora, bajo la base de la nulidad del nombramiento de doña
Juana hecho en España sin cumplir con todos los requisitos
exigidos por la ley. Opúsose doña Juana. Y la corte se
negó a hacer el nombramiento solicitado. Doña Ramona
y su hermana doña Mercedes apelaron para ante este tri-
bunal.

Así las cosas, la opositora doña Juana Rucabado ha pe-
dido que se desestime el recurso por no ser apelable la re-
solución denegatoria del nombramiento de tutor, basando
principalmente su oposición en lo resuelto por esta Corte Su-
prema en el caso de *Solá* v. *Solá,* 30 D.P.R. 758. En él di-
jimos:

"Contra una resolución poniendo término a un expediente de in-
capacidad, no cabe recurso de apelación. Contra ella la ley otorga a
los interesados el derecho de deducir demanda ordinaria, existiendo
en tal caso el recurso de apelación contra la sentencia que ponga tér-
mino al litigio."

Los casos no son iguales. En el de Solá se trataba de la

declaración de incapacidad y se tuvo muy en cuenta lo dispuesto en el artículo 255 del Código Civil. En éste se trata del nombramiento de tutor únicamente. Para el nombramiento de tutores fija la ley un procedimiento especial y las resoluciones de las cortes dictadas dentro de dichos procedimientos especiales son finales y apelables de acuerdo con lo dispuesto en el No. 1 del artículo 295 del Código de Enjuiciamiento Civil. El que esta corte haya conocido de casos sobre nombramiento de tutor dentro de recursos de *certiorari—Del Moral* v. *Corte,* 41 D.P.R. 523 y *Del Moral* v. *Corte,* 41 D.P.R. 758, no importa. En ciertos casos aunque existe apelación la corte puede intervenir por *certiorari.* Véase la última decisión de esta corte en el caso de *Micaela del Moral* v. *María del Carmen del Moral,* 42 D.P.R. 462.

*A virtud de todo lo expuesto, debe declararse sin lugar la moción de desestimación.*